UNITED STATES WICKER FURNITURE COMPANY, Respondent, v. YORK FEATHER AND DOWN CORPORATION, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements, with leave to the defendant to

answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.